IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NATHANIEL POPE,

    Petitioner,                   No. CIV S-10-3017 JAM GGH P

    vs.

JAMES WALKER,

    Respondent.              ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On April 18, 2011, respondent filed an answer to the petition. Respondent addressed the merits of each claim but also argued and provided support that the petition should be dismissed as it is untimely and procedurally defaulted. Petitioner has not filed a traverse.

        Within twenty-eight days, petitioner shall file a traverse to the answer and address the contentions that the petition is untimely and procedurally defaulted and whether petitioner can demonstrate cause and prejudice. If petitioner fails to file a traverse, the court will assume that petitioner has conceded these issues.

        Accordingly, IT IS HEREBY ORDERED that within twenty-eight days, petitioner shall file a traverse to the answer and address the contentions that the petition is untimely and

1

procedurally defaulted and whether petitioner can demonstrate cause and prejudice.  If petitioner fails to file a traverse, the court will assume that petitioner has conceded these issues.

DATED: June 14, 2011

/s/ Gregory G. Hollows

_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH: AB
pope3017.ord